# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Laborers Pension Fund, et al.
                    Plaintiff,

v.                                              Case No.: 1:18−cv−02755
                                                Honorable John Z. Lee

Thomas Demolition, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 5, 2018:

MINUTE entry before the Honorable John Z. Lee:Status hearing held on 9/5/18. The parties report that they have settled the case; the settlement needs Board approval. Defendant's unopposed motion for extension of time to answer or otherwise plead to Plaintiffs' complaint [22] is moot. A stipulation of dismissal should be filed by 9/28/18. This case is stayed and placed on the Court's suspended trial calendar. Status hearing set for 10/3/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.